**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6089

JOSEPH LOVETT,

Petitioner - Appellant,

versus

JOHN L. LAMANNA, Warden, FCI Edgefield,

Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  David C. Norton, District Judge.
(4:05-cv-03026-DCN)

Submitted: March 30, 2006          Decided: April 10, 2006

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Lovett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Lovett filed a petition under 28 U.S.C. § 2241 (2000), claiming that his sentence violated Apprendi v. New Jersey, 530 U.S. 466 (2000), Blakely v. Washington, 542 U.S. 196 (2004), and United States v. Booker, 543 U.S. 220 (2005). A petitioner may challenge his sentence under § 2241 only if 28 U.S.C. § 2255 (2000) is inadequate or ineffective to test the legality of his sentence. 28 U.S.C. § 2255; In re Jones, 226 F. 3d 328, 333-34 (4th Cir. 2000). Lovett has not established that § 2255 is inadequate or ineffective as discussed in Jones, so he is not entitled to proceed under § 2241. Accordingly, we affirm the district court's order adopting the magistrate judge's recommendation to deny relief without prejudice. Furthermore, we affirm the district court's order denying Lovett's motion for reconsideration. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED